UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA


RODNEY SCHULTZ, ET. AL.,           )
                                   )   1:08-CV-526 OWW SMS
                                   )
                   Plaintiff,      )
                                   )
            v.                     )   **ORDER DISMISSING DEFENDANT**
                                   )   **EVERETTE ROSE**
GEORGE ICHIMOTO, ET.AL,            )
                                   )
                                   )
                   Defendant.      )
                                   )
_____    )


        Pursuant to the notice of voluntary dismissal as to defendant EVERETTE ROSE filed pursuant to FRCvP 41(a)(1)(i),

        IT IS HEREBY ORDERED that defendant EVERETTE ROSE is dismissed without prejudice.



IT IS SO ORDERED.

**Dated:    June 5, 2008**            _____/s/ Oliver W. Wanger_____
                                      UNITED STATES DISTRICT JUDGE

1