UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODNEY SCHULTZ, ET. AL., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> GEORGE ICHIMOTO, ET.AL, ) <br> ) <br> Defendant. ) <br> ) | 1:08-CV-00526 OWW SMS <br><br> **ORDER DISMISSING DEFENDANT ESTATE OF ELZY B. LUNA** |

Pursuant to the notice of voluntary dismissal as to defendant the estate of Elzy B. Luna filed pursuant to FRCvP 41(a)(1)(i),

IT IS HEREBY ORDERED that defendant ESTATE OF ELZY B. LUNA is dismissed without prejudice.

IT IS SO ORDERED.

**Dated:   June 12, 2008**             **/s/ Oliver W. Wanger**
                              UNITED STATES DISTRICT JUDGE

1