UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

```
RODNEY SCHULTZ, ET. AL.,        )
                                )   1:08-CV-00526 OWW SMS
                                )
              Plaintiff,        )
                                )
     v.                         )   ORDER DISMISSING DEFENDANT
                                )   ESTATE OF WOODROW DONATHAN
GEORGE ICHIMOTO, ET.AL,         )
                                )
                                )
              Defendant.        )
                                )
_____)
```

Pursuant to the notice of voluntary dismissal as to defendant the estate of Woodrow Donathan filed pursuant to FRCvP 41(a)(1)(i),

IT IS HEREBY ORDERED that defendant ESTATE OF WOODROW DONATHAN is dismissed without prejudice.

IT IS SO ORDERED.

**Dated:   June 12, 2008**              /s/ Oliver W. Wanger
                                  UNITED STATES DISTRICT JUDGE

1