UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODNEY SCHULTZ, ET. AL., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> GEORGE ICHIMOTO, ET.AL, ) <br> ) <br> Defendant. ) <br> ) | 1:08-CV-00526 OWW SMS <br><br> **ORDER DISMISSING DEFENDANT DEVERE WILLIAMS** |

Pursuant to the notice of voluntary dismissal as to defendant Devere Williams filed pursuant to FRCvP 41(a)(1)(i),

IT IS HEREBY ORDERED that defendant DEVERE WILLIAMS is dismissed without prejudice.


IT IS SO ORDERED.

**Dated:   June 12, 2008**                    /s/ Oliver W. Wanger
                                             UNITED STATES DISTRICT JUDGE

1