UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA


| | | |
|---|---|---|
| RODNEY SCHULTZ, ET. AL., | ) | |
| | ) | 1:08-CV-00526 OWW SMS |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER DISMISSING DEFENDANT** |
| | ) | **MAYBELLE HINKLEY** |
| GEORGE ICHIMOTO, ET.AL, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| _____ | ) | |

     Pursuant to the notice of voluntary dismissal as to defendant Maybelle Hinkley filed pursuant to FRCvP 41(a)(1)(i),

     IT IS HEREBY ORDERED that defendant MAYBELLE HINKLEY is dismissed without prejudice.


IT IS SO ORDERED.

**Dated:    June 12, 2008**              _____/s/ Oliver W. Wanger_____
                                       UNITED STATES DISTRICT JUDGE