JEFFORY J. SCHARFF, State Bar No. 137620
MARK R. WETTERS, State Bar No. 215767
SCHARFF, BRADY & VINDING
400 Capitol Mall, Suite 2640
Sacramento, California 95814
Telephone: (916) 446-3400
Facsimile: (916) 446-7159
sbv-law@scharff.us

Attorney for plaintiffs,
Rodney Schultz and Patricia Schultz

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| RODNEY SCHULTZ AND PATRICIA SCHULTZ,<br><br>Plaintiffs,<br><br>vs.<br><br>SAKAYE ICHIMOTO, individually and as Trustee or Successor under the ICHIMOTO TRUST AGREEMENT DATED SEPTEMBER 22, 1988; et al.<br><br>Defendants. | CASE NO.: 1:08-CV-00526-OWW-SMS<br><br>**STIPULATION FOR A CONTINUANCE OF MANDATORY SCHEDULING CONFERENCE AND ORDER** |

IT IS HEREBY STIPULATED by and between the undersigned parties, through their respective counsel, as follows:

WHEREAS, during the mandatory Joint Status Conference meet and confer that was convened on July 2, 2008, in advance of the July 23, 2008 Scheduling Conference, the question of the defense of the case was raised by counsel for several of

the parties. All parties are seeking the participation of the their insurance carriers. Defense of the matter has been tendered and not all of the parties have yet received a response as to their carriers willingness the defend and or indemnify their insured, and

WHEREAS, it was suggested that a request be made to the court for a continuance of the Scheduling Conference to allow sufficient time for the parties to pursue and obtain a determination from their respective insurance carriers as to their coverage positions.

NOW, THEREFORE, the parties who participated in the July 2, 2008, meet and confer respectfully request a continuance of the Scheduling Conference until Wednesday, October 22, 2008, in order to determine each of the parties respective insurance coverage.

Dated: July 10, 2008

SCHARFF, BRADY & VINDING

By: /s/ Jeffory J. Scharff
JEFFORY J. SCHARFF
Attorneys for Plaintiffs Rodney and Patricia Schultz

Dated: July 10, 2008

DOWLING, AARON & KEELER

By: /s/ Daniel O. Jamison
DANIEL O. JAMISON
Attorney for Defendant/Counterclaimant Sakaye Ichimoto, individually and as Trustee under the Ichimoto Trust Agreement Dated September 22, 1988

Dated: July 10, 2008

JOSEPH E. MALONEY

By: /s/ Joseph E. Maloney

JOSEPH E. MALONEY
Attorney for Defendants George and Frances Wolfe

/ / /

/ / /

Dated: July 10, 2008

JAMISON & CHAPPEL

By: /s/ Nanette M. Beaumont
NANETTE M. BEAUMONT
Attorney for Defendant the Estate of John O. Jamison

Dated: July 10, 2008

JAMISON & CHAPPEL

By: /s/ Nanette M. Beaumont
NANETTE M. BEAUMONT
Attorney for Defendants Cynthia and Drew Ratzloff

Dated: July 10, 2008

HAMRICK & EVANS, LLP

By: /s/ Raymond Hamerick, III
RAYMOND HAMERICK, III
Attorney for Defendant M.B.L. Inc.

Dated: July 10, 2008

PETERSON, WEYAND, MARTIN, LLP

By: /s/ Alexander M. Weyand
ALEXANDER M. WEYAND
Attorney for Defendant VIC Manufacturing Company

Dated: July 10, 2008

MCCORMICK, BARSTOW, SHEPPHARD, WAYTE AND CARRUTH

By: /s/ Mandy L. Jeffcoach
MANDY L. JEFFCOACH

Dated: July 10, 2008

Attorney for Defendant Hoyt Corporation

DOWLING, AARON & KEELER, INC.

By: /s/ Kenton J. Klassen
KENTON J. KLASSEN
Attorneys for Defendants and Counter-Claimants
WILLIAM O. JAMISON and CINDA JAMISON

IT IS SO ORDERED.

**Dated: July 11, 2008**

**/s/ Oliver W. Wanger**
UNITED STATES DISTRICT JUDGE