## JOSEPH E. MALONEY
### ATTORNEY AT LAW

SBN 95458
660 Auburn Folsom Road, Suite 202-D
Auburn, California 95603
Telephone: (530) 885-7787
E-mail: joseph.maloney@jmaloneylaw.com

Attorney for Defendants
 George A. Wolfe & Frances E. Wolfe

### IN THE UNITED STATES DISTRICT COURT

### FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RODNEY SCHULTZ AND PATRICIA SCHULTZ, | ) ) ) | No. CIV. F-1:08-cv-00526 OWW-SMS |
| Plaintiffs, | ) ) | |
| v. | ) ) | STIPULATION & ORDER |
| SAKAYE ICHIMOTO, et al, | ) ) | |
| Defendants. | ) ) | |

Plaintiffs and defendants George A. Wolfe and Frances E. Wolfe, through their counsel,

stipulate, pursuant to Local Rule 6-144(a), that the time for these defendants to respond to the

Complaint may be extended to August 15, 2008, an extension of 30 days.  There was one prior

extension.  There is good cause for this extension in that defendants are engaged in the process of

tendering this claim to their insurance company, and have not yet received a decision on that tender.

Dated:        July 15, 2008

                                   /s/Joseph E. Maloney
                                   JOSEPH E. MALONEY
                                   Attorney for Wolfe Defendants

Dated: July 15, 2008              Scharff, Brady & Vinding

by: /s/Mark R. Wetters
Mark R. Wetters
Attorney for Plaintiffs

**ORDER**

IT IS SO ORDERED.

**Dated:    July 15, 2008**           /s/ Oliver W. Wanger
UNITED STATES DISTRICT JUDGE