**JOSEPH E. MALONEY**
ATTORNEY AT LAW

SBN 95458
660 Auburn Folsom Road, Suite 202-D
Auburn, California 95603
Telephone: (530) 885-7787
E-mail: joseph.maloney@jmaloneylaw.com

Attorney for Defendants
 George A. Wolfe & Frances E. Wolfe

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RODNEY SCHULTZ AND PATRICIA SCHULTZ, <br>             Plaintiffs, <br>     v. <br> SAKAYE ICHIMOTO, et al, <br>             Defendants. | No. CIV. F-1:08-cv-00526 OWW-SMS <br><br> STIPULATION & ORDER |

    Plaintiffs and defendants George A. Wolfe and Frances E. Wolfe, through their counsel, stipulate, pursuant to Local Rule 6-144(a), that the time for these defendants to respond to the Complaint may be extended to October 15, 2008, an extension of 30days.  There were three prior extensions.

  There is good cause for this extension in that defendants are engaged in the process of tendering this claim to their insurance company.  The adjustor for the insurance company has notified counsel for the Wolfe defendants that the insurance company has referred the claim to outside counsel for a coverage determination.  The Wolfe defendants  have accordingly not yet received a decision on the tender of this claim to their insurance carrier, but the insurance carrier has indicated that additional time is needed to consider the coverage issue.

Dated:        September 9, 2008

                                                    /s/Joseph E. Maloney  
                                                  JOSEPH E. MALONEY  
                                                  Attorney for Wolfe Defendants

Dated: September 9, 2008          Scharff, Brady & Vinding

                                           by: /s/Mark R. Wetters  
                                              Mark R. Wetters  
                                              Attorney for Plaintiffs

**ORDER**

    IT IS SO ORDERED.    There shall be no further continuances absent a showing of extreme good cause.

IT IS SO ORDERED.

**Dated:   September 11, 2008**          /s/ Sandra M. Snyder  
                                                 UNITED STATES MAGISTRATE JUDGE