**JOSEPH E. MALONEY**
ATTORNEY AT LAW

SBN 95458
660 Auburn Folsom Road, Suite 202-D
Auburn, California 95603
Telephone: (530) 885-7787
E-mail: joseph.maloney@jmaloneylaw.com

Attorney for Defendants
 George A. Wolfe & Frances E. Wolfe

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RODNEY SCHULTZ AND PATRICIA SCHULTZ,<br>                Plaintiffs,<br><br>                v.<br><br>SAKAYE ICHIMOTO, et al,<br><br>                Defendants. | No. CIV. F-1:08-cv-00526 OWW-SMS<br><br>STIPULATION & ORDER |

    Plaintiffs and defendants George A. Wolfe and Frances E. Wolfe, through their counsel, stipulate, pursuant to Local Rule 6-144(a), that the time for these defendants to respond to the Complaint may be extended to November 14, 2008, an extension of 30days.  There were four prior extensions.

 There is good cause for this extension in that defendants are engaged in the process of tendering this claim to their insurance company.  The adjustor for the insurance company has notified counsel for the Wolfe defendants that the insurance company has referred the claim to outside counsel for a coverage determination.  The Wolfe defendants have accordingly not yet received a decision on the tender of this claim to their insurance carrier, but the insurance carrier has indicated that additional time is needed to consider the coverage issue, and to make arrangements regarding counsel in

1 | response to the decision.

3 | Dated:          October 10, 2008

4 | /s/Joseph E. Maloney
JOSEPH E. MALONEY
5 | Attorney for Wolfe Defendants

6 | Dated: October 10, 2008          Scharff, Brady & Vinding

9 | by: /s/Mark R. Wetters
Mark R. Wetters
10 | Attorney for Plaintiffs

12 | IT IS SO ORDERED.

13 | **Dated:   October 16, 2008**          **/s/ Oliver W. Wanger**
UNITED STATES DISTRICT JUDGE