JEFFORY J. SCHARFF, State Bar No. 137620
MARK R. WETTERS, State Bar No. 215767
SCHARFF, BRADY & VINDING
400 Capitol Mall, Suite 2640
Sacramento, California 95814
Telephone:     (916) 446-3400
Facsimile:     (916) 446-7159
sbv-law@scharff.us

Attorney for plaintiffs,
Rodney Schultz and Patricia Schultz

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| RODNEY SCHULTZ AND PATRICIA SCHULTZ, <br><br> Plaintiffs, <br><br> vs. <br><br> SAKAYE ICHIMOTO, individually and as Trustee or Successor under the ICHIMOTO TRUST AGREEMENT DATED SEPTEMBER 22, 1988; et al., <br><br> Defendants. | CASE NO.: 1:08-CV-00526-OWW-SMS <br><br> **STIPULATION FOR NOTICE OF DISMISSAL OF THE ESTATE OF JOHN O. JAMISON AND ORDER** |

NOTICE IS HEREBY GIVEN that pursuant to FRCP 41 Rodney and Patricia Schultz and the defendant Estate of John O. Jamison hereby stipulate to a dismissal of the Estate of John Jamison from this action under the following terms and conditions.

1.      Patricia Schultz and Rodney Schultz (collectively "Schultz") shall dismiss the Estate of

        John O. Jamison, only, without prejudice.

/ / /

2. The Estate of John Jamison, only, shall dismiss its counterclaims against Schultz, without prejudice.

3. Both parties agree to a mutual waiver of attorney's fees and costs.

IT IS SO STIPULATED.

Dated January 28, 2009                    SCHARFF, BRADY & VINDING


By:   /s/ Mark R. Wetters
MARK R. WETTERS
Attorneys for Rodney Schultz and
Patricia Schultz


Dated January 26, 2009                    JAMISON AND CHAPPEL


By:   /s/ Gregory M. Chappel
GREGORY M. CHAPPEL
Attorneys for the Estate of John Jamison



IT IS SO ORDERED.

**Dated:   January 28, 2009**                    /s/ Oliver W. Wanger
UNITED STATES DISTRICT JUDGE