IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODNEY SCHULTZ and PATRICIA SCHULTZ,<br><br>Plaintiffs,<br><br>vs.<br><br>SAKAYE ICHIMOTO, et al.,<br><br>Defendants. | No. CV-F-08-526 OWW/SMS<br><br>MEMORANDUM DECISION AND ORDER DENYING WITHOUT PREJUDICE DEFENDANT JUANITA PRICE'S REQUEST FOR SUMMARY JUDGMENT OF DISMISSAL (Doc. 76) |

On July 11, 2008, Defendant Juanita Price, proceeding *in pro per,* filed a pleading captioned "General Denial and Request for Summary Judgment of Dismissal." (Doc. 76).

Defendant's pleading appears to be an Answer to the Complaint. To the extent that the pleading seeks summary judgment, Defendant's request is DENIED WITHOUT PREJUDICE. Defendant has not complied with the requirements of Rules 78-230 and 56-260, Local Rules of Practice. Defendant is advised that Rule 83-183(a), Local Rules of Practice, provides:

1

> Any individual who is representing himself or herself without an attorney is bound by the Federal Rules of Civil ... Procedure and by these Local Rules. All obligations placed on 'counsel' by these Local Rules apply to individuals appearing <u>in propria persona</u>. Failure to comply therewith may be ground for dismissal ... or any other sanction appropriate under these Rules.

IT IS SO ORDERED.

Dated: __March 17, 2009__      /s/ Oliver W. Wanger
UNITED STATES DISTRICT JUDGE