IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODNEY SCHULTZ and PATRICIA SCHULTZ,<br><br>Plaintiffs,<br><br>vs.<br><br>SAKAYE ICHIMOTO, et al.,<br><br>Defendants. | No. CV-F-08-526 OWW/SMS<br><br>ORDER DIRECTING DEFENDANT JUANITA PRICE TO FILE NOTICE OF MOTION AND PROOF OF SERVICE RE MOTION FOR SUMMARY JUDGMENT FILED ON MARCH 31, 2009 |

On March 31, 2009, Defendant Juanita Price, proceeding *in pro per*, filed a motion for summary judgment (Doc. 116).

Defendant's motion does not include a notice of motion as required by Rule 78-230(b), Local Rules of Practice:

> Except as otherwise provided by these Rules or as ordered or allowed by the Court, all motions shall be noticed on the motion calendar of the assigned Judge or Magistrate Judge. The moving party shall file with the Clerk a notice of motion, motion, accompanying briefs, affidavits, if appropriate, and copies of all documentary evidence that the moving party intends to submit in support of the motion. The matter

1

> shall be set for hearing on the motion calendar of the Judge or Magistrate Judge to whom the action has been assigned or before whom the motion is to be heard, not less than twenty-eight (28) days after personal service and filing of the motion or not less than thirty-one (31) days after mailed or electronic service and filing of the motion. Motions defectively noticed shall be filed, but not set for hearing; the Clerk shall immediately notify the moving party of the defective notice and of the next available dates and times for proper notice, and the moving party shall file and serve a new notice of motion setting forth the proper time and date.

In addition, Defendant's motion does not contain a proof of service as required by Rule 5-135, Local Rules of Practice:

> (c) Proof of Service for Paper Documents. When service of any pleading, notice, motion, or other document required to be served is made, proof of such service shall be endorsed upon or affixed to the original of the document when it is lodged or filed. Except for <u>ex parte</u> matters, a paper document shall not be submitted for filing unless it is accompanied by a proof of service. Proof of service shall be made under penalty of perjury and shall include the date, manner and place of service.
>
> (b) Service Upon All Parties. Unless a party expressly waives service, copies of all documents submitted to the Court shall be served upon all parties to the action ....

The Court cannot and will not consider Defendant's motion for summary judgment until she complies with these rules. Defendant is advised that the earliest available date for civil law and motion is Monday, June 22, 2009 at 10:00 a.m. in Courtroom 3.

///

IT IS SO ORDERED.

Dated:     April 3, 2009                    /s/ Oliver W. Wanger
                                         UNITED STATES DISTRICT JUDGE