Gregory M. Chappel, #112907
Nanette M. Beaumont, #210898
JAMISON & CHAPPEL
49430 Road 426, Suite F
P.O. Box 517
Oakhurst, California 93644
Telephone: (559) 683-2950

Attorneys for Defendants and Counter-Claimants,
Drew A. Ratzloff, Cindy Ratzloff, Drew A. Ratzloff, as Trustee
of the Ratzloff Family Trust, and Cindy Ratzloff, as Trustee of
the Ratzloff Family Trust

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

* * * * * * * * * * * *

| | |
|---|---|
| RODNEY SHULTZ AND PATRICIA SHULTZ,<br><br>Plaintiffs,<br><br>vs.<br><br>SAKAYE ICHIMOTO, individually and as Trustee or Successor under the ICHIMOTO TRUST AGREEMENT DATED SEPTEMBER 22, 1988; ESTATE OF GEORGE T. ICHIMOTO; WALTER COLBURN TUTTLE, individually and as Trustee under the WALTER COLBURN TUTTLE and JUNE HADLEY TUTTLE REVOCABLE LIVING TRUST AGREEMENT DATED APRIL 22, 1981; ESTATE OF MARY J. TUTTLE, also known as JUNE HADLEY TUTTLE, Deceased; DREW A. RATZLOFF, individually and as Trustee of the RATZLOFF FAMILY TRUST; CINDY RATZLOFF, individually and as Trustee of the RATZLOFF FAMILY TRUST; GEORGE A. WOLFE; FRANCES E. WOLFE; EVERETTE ROSE; ESTATE OF ELZY B. LUNA, Deceased; ESTATE OF WOODROW DONATHAN, Deceased; JEWEL DONATHAN; CLARENCE SOLTAU; EDELTRUDE SOLTAU; ARTHUR HINKLEY; MAYBELLE HINKLEY; | Case No. 1:08-CV-00526-OWW-SMS<br><br>AMENDED ORDER ON MOTION FOR LEAVE TO WITHDRAW AS COUNSEL OF RECORD FOR DEFENDANTS AND COUNTER-CLAIMANTS RATZLOFF |

| | |
|---|---|
| ANTHONY ALVES, Individually and doing business as ALVES AND WILLIAMS ENTERPRISES; DEVERE WILLIAMS, Individually and doing business as ALVES AND WILLIAMS ENTERPRISES; WILLIAM O. JAMISON; CINDA JAMISON; ESTATE OF JOHN O. JAMISON, Deceased; MARGARET A. JAMISON; ESTATE OF MARSHALL PRICE, Deceased; JUANITA PRICE; TECHNICHEM, INC., a California corporation; M.B.L., Inc., a California corporation; HOFFMAN/NEW YORKER, INC., doing business as NJHNY, INC., a Pennsylvania corporation; HOYT CORPORATION, a Massachusetts corporation; and VIC MANUFACTURING COMPANY, a Minnesota corporation,<br><br>                            Defendants. | Date: April 6, 2009<br>Time: 10:00 a.m.<br>Courtroom: No. 3<br>Judge: Honorable Oliver W. Wanger |

The above entitled matter came on regularly for hearing on the Notice of Motion and Motion for Leave to Withdraw As Attorney of Record for Defendants and Counter-Claimants Ratzloff on April 6, 2009 in Courtroom No. 3 of the above entitled court, the Honorable Oliver W. Wanger, presiding. Appearances at the hearing were as stated in the minutes of the proceeding. Upon consideration of the request and evidence provided in support thereof and for good cause otherwise demonstrated;

IT IS ORDERED that:

1. Jamison & Chappel, Gregory M. Chappel and Nanette M. Beaumont have leave of court to withdraw as counsel of record for Defendants and Counter-Claimants Drew and Cindy Ratzloff effective upon filing Notice of Withdrawal as mentioned below.

2. Jamison & Chappel, Gregory M. Chappel and Nanette M. Beaumont shall cause to be filed with the court a Notice of Withdrawal of their representation of Defendants and Counter-Claimants Drew and Cindy Ratzloff and provide therein the current or last known address and telephone number for said Defendants and Counter-Claimants.

3. Upon filing and service upon all parties of the above mentioned Notice of Withdrawal, Jamison & Chappel, Gregory M. Chappel, and Nanette M. Beaumont shall be

relieved as attorney of record for said Defendants and Counter-Claimants Drew and Cindy Ratzloff.

As a condition of this withdrawal order, counsel shall file the mailing address and a contact phone number for his former clients who are now in pro se.

IT IS SO ORDERED.

Dated:     April 7, 2009                          /s/ Oliver W. Wanger
                                                  UNITED STATES DISTRICT JUDGE