IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODNEY SCHULTZ, et al., )<br>)<br>)<br>          Plaintiffs, )<br>)<br>     vs. )<br>)<br>)<br>GEORGE ICHIMOTO, et al., )<br>)<br>)<br>          Defendants. )<br>)<br>_____) | No. CV-F-08-526 OWW/SMS<br><br>ORDER DIRECTING CLERK OF<br>COURT TO ENTER ADDRESS FOR<br>DEFENDANT JUANITA PRICE ON<br>DOCKET AND TO RE-SERVE DOCS.<br>112 AND 118. |

   On July 11, 2008, Defendant Juanita Price, proceeding *in pro per*, filed a pleading captioned "General Denial and Request for Summary Judgment of Dismissal."  (Doc. 76).  Defendant Price's address is stated below her signature to be:

   801 W. Ward
   Ridgecrest, CA 93555

Defendant Price's address was not entered on the docket for this action.

   By Order filed on March 17, 2009, (Doc. 112), the Court ruled that this pleading appeared to be an Answer to the

1

Complaint and, to the extent the pleading seeks summary judgment, Defendant Price's request was denied without prejudice.

On March 31, 2009, Defendant Price filed a motion for summary judgment.  (Doc. 116).

By Order filed on April 6, 2009, Defendant Price was ordered to file a notice of motion and proof of service regarding the motion for summary judgment.  The Court ruled that it would not consider Defendant's motion for summary judgment until she properly filed a notice of motion and proof of service.  (Doc. 118).

Because Defendant Price's address was not entered on the docket, she was not served with Docs. 112 and 118.

The Clerk of the Court is directed to enter Defendant Price's address set forth above on the docket and to re-serve Defendant Price with Docs. 112 and 118 and this Order.

IT IS SO ORDERED.

**Dated:   August 11, 2009**                        **/s/ Oliver W. Wanger**
                                                   UNITED STATES DISTRICT JUDGE