| | |
|---|---|
| 1 | A. Raymond Hamrick, III (State Bar No. 93821) |
| 2 | Douglas K. Lackey (State Bar No. 105908) |
|   | HAMRICK & EVANS, LLP |
| 3 | 111 Universal Hollywood Drive, Suite 2200 |
|   | Universal City, California 91608 |
| 4 | Telephone No.: (818) 763-5292 |
|   | Fax No.: (818) 763-2308 |

Attorneys for Defendant M.B.L., INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODNEY SCHULTZ AND PATRICIA SCHULTZ, | Case No.  1:08-CV-00526-OWW-SMS |
| Plaintiffs, | **ORDER REGARDING DISMISSAL OF SECOND CAUSE OF ACTION STATED IN PLAINTIFFS' COMPLAINT WITH PREJUDICE** |
| vs. | |
| SAKAYE ICHIMOTO, individually and as Trustee or Successor under the ICHIMOTO TRUST AGREEMENT DATED SEPTEMBER 22, 1988; ESTATE OF GEORGE T. ICHIMOTO; WALTER COLBURN TUTTLE, individually and as Trustee under the WALTER COLBURN TUTTLE AND JUNE HADLEY TUTTLE REVOCABLE LIVING TRUST AGREEMENT DATED APRIL 22, 1981; ESTATE OF MARY J. TUTTLE, also known as JUNE HADLEY TUTTLE, Deceased; DREW A. RATZLOFF, individually and as Trustee of the RATZLOFF FAMILY TRUST; CINDY RATZLOFF, individually and as Trustee of the RATZLOFF FAMILY TRUST; GEORGE A. WOLFE; FRANCES E. WOLFE; EVERETTE ROSE; ESTATE OF ELZY B. LUNA, Deceased; ESTATE OF WOODROW DONATHAN, Deceased; JEWEL DONATHAN; CLARENCE SOLTAU; EDELTRUDE SOLTAU; ARTHUR HINKLEY; MAYBELLE HINKLEY; ANTHONY ALVES, individually and doing business as ALVES AND | Filed:    April 16, 2008<br><br>Date:    August 17, 2009<br>Time:    10:00 a.m.<br>Ctrm:    3<br>Judge:   Hon. Oliver W. Wanger |

| | |
|---|---|
| WILLIAMS ENTERPRISES; DEVERE WILLIAMS, individually and doing business as ALVES AND WILLIAMS ENTERPRISES; WILLIAM O. JAMISON; CINDA JAMISON; ESTATE OF JOHN O. JAMISON, Deceased; MARGARET A. JAMISON; ESTATE OF MARSHALL PRICE, Deceased; JUANITA PRICE; TECHNICHEM, INC., a California corporation; M.B.L., Inc., a California corporation; HOFFMAN/NEW YORKER, INC. doing business as NJHNY, INC., a Pennsylvania corporation; HOYT CORPORATION, a Massachusetts corporation; and VIC MANUFACTURING COMPANY, a Minnesota corporation,<br><br>        Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**TO ALL PARTIES HEREIN AND TO THEIR ATTORNEYS OF RECORD:**

On or about August 17, 2009, Defendant M.B.L., Inc.'s Motion to Dismiss the Second Cause of Action of Plaintiff's Complaint came on regularly for hearing before the Honorable Oliver W. Wanger. The Court ruled as follows:

IT IS HEREBY ORDERED THAT the Second Cause of Action stated in Plaintiffs' complaint is hereby dismissed with prejudice.

IT IS SO ORDERED.

**Dated:   September 14, 2009**           /s/ Oliver W. Wanger
                Hamrick & Evans, LLP   UNITED STATES DISTRICT JUDGE