1

2

3

4

5

6                    **UNITED STATES DISTRICT COURT**

7                   **EASTERN DISTRICT OF CALIFORNIA**

8

9  **RODNEY SCHULTZ and PATRICIA**     )     **1:08-cv-0526 OWW SMS**
   **SCHULTZ,**                        )
10                                     )     **ORDER NOTIFYING DEFENDANT**
                  **Plaintiffs,**      )     **CORPORATION THAT IT MUST**
11                                     )     **RETAIN COUNSEL**
       **v.**                          )
12                                     )
   **SAKAYE ICHIMOTO, et al.,**        )
13                                     )
                  **Defendants.**      )
14                                     )
   _____    )

15

16

17      It has come to the Court's attention that third party

18  defendant Technichem, Inc., which appears to be a corporation,

19  has purported to file an answer to a third party complaint in pro

20  se.  Pursuant to Eastern District of California Local Rule of

21  Court Rule 83-183 "a corporation or other entity may appear only

22  by an attorney."  Technichem has communicated with the Court and

23  parties through its Chairman, Mark J. Ng.  Technichem is notified

24  that it <u>must</u> be represented in this matter by an attorney.

25      Technichem shall file a notice of appearance of its attorney

26  ///

27  ///

28  ///

                                  1

1  **within thirty (30) days following electronic service of this**

2  **order.**

3

4  IT IS SO ORDERED.

5  **Dated:    October 22, 2009**                              **/s/ Oliver W. Wanger**
                                                            UNITED STATES DISTRICT JUDGE