Richard S. Baron (*admitted pro hac vice*)
Brian H. Phinney (*admitted pro hac vice*)
Foley, Baron & Metzger, PLLC
38777 6 Mile Road, Suite 300
Livonia, MI 48152
Telephone:  (734) 742-1800
Email:  rbaron@fbmlaw.com
          bphinney@fbmlaw.com

Attorneys for HOYT CORPORATION

Kurt F. Vote, # 160496
Mandy L. Jeffcoach, # 232313
McCormick Barstow LLP
5 River Park Place East
P.O. Box 28923
Fresno, CA 93720
Telephone: (559) 433-1300
Email: kurt.vote@mccormickbarstow.com
          mandy.jeffcoach@mccormickbarstow.com

Local Counsel for Defendant HOYT CORPORATION

UNITED STATE DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODNEY SCHULTZ AND PATRICIA SCHULTZ,<br><br>             Plaintiffs,<br><br>vs.<br><br>SAKAYE ICHIMOTO, et al,<br><br>             Defendants.<br>——————————————————————<br><br>AND RELATED CROSS-ACTIONS. | No. CIV F-1:08-cv-00526 OWW-SMS<br><br>**JOINT REQUEST FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF DEFENDANT HOYT CORPORATION**<br><br>**[Fed. R. Civ. P. 41(a)(2), (c); L.R. 83-143]** |

Pursuant to Federal Rule of Civil Procedure 41(a)(2), (c) and Local Rule 83-143, Plaintiffs and Defendant Hoyt Corporation ("Hoyt") respectfully request that the Court enter an order dismissing without prejudice Plaintiffs' Complaint against Hoyt and dismissing without

1

prejudice Hoyt's Counterclaim against Plaintiffs.  In support of this request, Plaintiffs and Hoyt would show the following:

1.    Plaintiffs' Complaint (Doc. 1, filed April 16, 2008), asserts claims against Hoyt (among other parties).

2.    Plaintiffs desire to dismiss without prejudice all of their claims against Hoyt pursuant to Federal Rule of Civil Procedure 41(a)(2).

3.    Hoyt desires to dismiss without prejudice all of its counterclaims against Plaintiffs pursuant to Federal Rule of Civil Procedure 41(c).

4.    The parties hereto agree that they will bear their own costs with respect to the aforementioned claims and counterclaims.

Accordingly, the parties hereto respectfully request that this Court enter an order dismissing without prejudice the Plaintiffs' claims asserted against Hoyt and dismissing without prejudice Hoyt's counterclaims asserted against Plaintiffs.

Dated:  February 19, 2010

FOLEY, BARON & METZGER, PLLC


By: /s/ Brian H. Phinney _____
        RICHARD S. BARON
        BRIAN H. PHINNEY
        Attorneys for Defendant Hoyt
        Corporation

Dated: February 20, 2010

SCHARFF, BRADY & VINDING


By: /s/ Jeffory J. Scharff _____
        JEFFORY J. SCHARFF
        Attorneys for Plaintiffs and Cross-
        Defendants RODNEY SCHULTZ and
        PATRICIA SCHULTZ

2

**IT IS SO ORDERED.**

**Dated:** **February 23, 2010**                    **/s/ Oliver W. Wanger**
                                   **UNITED STATES DISTRICT JUDGE**

STIPULATION FOR VOLUNARY DISMISSAL