# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODNEY SCHULTZ AND PATRICIA SCHULTZ, ) ) ) Plaintiffs, ) ) v. ) ) SAKAYE ICHIMOTO, et. al., ) ) Defendants. ) ) ) | 1:08-cv-0526 OWW SMS<br><br>AMENDED ORDER FOR JUDGMENT |

The application requesting modification of the "Judgment in a Civil Case" filed March 22, 2010, has been received.

It appears that the Judgment fails to reflect the Court's intended rulings and is amended as follows:

1. The State claims, including all claims, counter-claims and cross-claims, are "Dismissed Without Prejudice;" and

2. Plaintiffs' second claim for relief under CERCLA § 113 is Dismissed WITH PREJUDICE.

IT IS SO ORDERED.

Dated:   April 7, 2010                    /s/ Oliver W. Wanger
                                          UNITED STATES DISTRICT JUDGE

1