*UNITED STATES DISTRICT COURT*
*EASTERN DISTRICT OF CALIFORNIA*

```
RODNEY SCHULTZ AND PATRICIA
SCHULTZ,
            Plaintiffs,
                                    JUDGMENT IN A CIVIL ACTION
vs.
                                    1:08-cv-00526 OWW SMS

SAKAYE ICHIMOTO, et. al.,
            Defendants.
_____/
```

DECISION BY COURT: This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that:

1. The State claims, including all claims, counter-claims and cross-claims, are "Dismissed Without Prejudice;" and

2. Plaintiffs' second claim for relief under CERCLA § 113 is Dismissed WITH PREJUDICE.

This action is Dismissed.

DATED: April 16, 2010

VICTORIA MINOR, Clerk

By: /s/ S. Robles
    Deputy Clerk